IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

vs.	Case Nos.	3:08cr20/MCR
		3:09cv576/MCR/EMT

AARONEY REED
_____/

## **O R D E R**

This matter is before the court upon referral by the clerk.

By order dated April 14, 2010 (Doc. 76), the court directed the clerk to forward a copy of Docket Entries #66, #67, #69, #70, and #75 to Defendant at his address of record and to provide Defendant with the form for filing motions pursuant to 28 U.S.C. § 2255. Defendant was given thirty (30) days in which to file an amended § 2255 motion on the court form provided by the clerk (and submit one service copy of the motion) or, alternatively, file a notice indicating his desire to withdraw Docket Entry #65, which was originally filed as a petition for habeas corpus relief pursuant to 28 U.S.C. § 2241 but which the court has now construed as a motion pursuant to §2255. Defendant was advised that his failure to respond to this order could result in a recommendation of dismissal of this action. The time for filing a response has elapsed, but Defendant has not yet responded.

The court shall, *sua sponte*, give Defendant one additional opportunity to file a response to its prior order by either filing an amended § 2255 motion within thirty (30) days of the date of this order (and one service copy) or, if he prefers, withdraw the construed § 2255 motion. Defendant is again cautioned that before submitting his amended motion or informing the court that he wishes to withdraw the amended motion, he should review Magistrate Judge Davis' December 18, 2009, report (Doc. 66, adopted by the district court on February 4, 2010 (Doc. 67)), including the warning

"that this recharacterization means that any subsequent § 2255 motion will be subject to the restrictions on 'second or successive' motions. . . ." (Doc. 66 at 4).

Accordingly, it is **ORDERED**:

1. The clerk shall forward a copy of Docket Entries #65, #66, #67, #69, #70, #75, and #76 to Defendant at his address of record. The clerk shall also provide Defendant with the form for filing motions pursuant to 28 U.S.C. § 2255.

2. Within **THIRTY (30) DAYS** from the date of docketing of this order, Defendant shall file an amended § 2255 motion on the court form provided by the clerk or, alternatively, file a notice indicating his desire to withdraw the motion at this time. If Defendant elects to file an amended § 2255 motion, he shall also submit one identical service copy of the motion.

3. Defendant's failure to respond to this order may result in a recommendation of dismissal of this action.

**DONE AND ORDERED** this 27th day of May 2010.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**