IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 3:08cr20/MCR
  3:09cv576/MCR/EMT

AARONEY OKEVIOUS REED

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 4, 2011 (Doc. 95). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The Government's motion to dismiss (doc. 85) is **DENIED**;

3. The Government is ordered to file a response to Defendant's amended motion to vacate within **thirty (30) days** of an order adopting the recommendation (doc. 95).

**DONE AND ORDERED** this 23rd day of May, 2011.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**